IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF DADE
MIAMI DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED BY MC D.C.
AUG 24 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Jose Alexis Torres

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

-against-

1. Pre-Trial-Detention-Center.
2. Jackson-Memorial Hospital
3. Jackson Truma Center
4. C.H.S = Correction. Health Service.
5. Metro-West. Detention. Center.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name   Jose Alexis Torres
All other names by which you have been known:

ID Number   #210146529
Current Institution   Pre-Trial-Detention-Center.
Address   1321 N.W. 13 st
                Miami, Fl 33125

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name   P.A Ms. SirLeaf
Job or Title (if known)   CHS Medical Provider / DOCTOR
Shield Number
Employer   Pre-Trial Detention Center / Corrections Health Service
Address   1321 N.W 13 st
               Miami Fl 33125

☑ Individual capacity   ☐ Official capacity

Defendant No. 2
Name   Doctor Ferres

2

Job or Title (if known): DOCTOR'S AND STUDENTS.

Shield Number:

Employer: JACKSON Mauorial Hopital TRUMA CENTER

Address:

☑ Individual capacity  both  ☑ Official capacity

Defendant No. 3

Name: DOCTOR Delgado

Job or Title (if known):

Shield Number:

Employer: C.H.S/Corrections HEALTH SERVICE

Address: METRO WEST DETENTION CENTER

☑ Individual capacity  AND  ☑ Official capacity

Defendant No. 4

Name: Pre-Trial DeTenTion CENTER

Job or Title (if known):

Shield Number: DEPARTMENT OF Corrections

Employer: P.T.D.C

Address: 1321 N·W 13TH street Miami Fl 33125

☐ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I suing under my 8th Admendment Negligence AND Medical Malpractice

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Corrections Health Service Medical provider Ms. Sirleaf Acted under Color because I was an Hispanic Individual.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

yes in FACT it did occurred outside THE Institution JACKSON Memorial Hospital TRUMMA CENTER on 3-3-22 to 3-21-2022

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

My incident arose in an Pre-Trial-DETenTion CENTER HERE AT DADE County Jail where I was housed at CEll 6-A-2 3-1-2022 unTil 3-3-2022

C. What date and approximate time did the events giving rise to your claim(s) occur?

ON MARCH 1, 2022 is when these events arose and I kept Complaining all the way until MARCH 3, 2022

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ON 3-1-2022 AT Around 6pm. I STARTED Feeling a Fever coming along and that's when I started feeling sharp pain on my Right side of my pelvic area, The moment the Nurse arrived to the

5

Continuation sheets.                    1 - out of 4

JOSE - ALEXIS - TORRES # 210146529
   Plaintiff

1. C.H.S. Medical staff members at Pre-Trial-Detention Center / PA. Ms sir Leaf
2. Pre-trial-Detention center  DADE County Jail.
3. Jackson Manorial Hospital "Truma Center"
4. Doctor DELGADO - At METRO WEST DETENTION CENTER (CHS)
   "DEFENDANTS"

Continuations sheet

On March 1, 2022 Here at Pre-Trial Detention Center 6-A-2 at around night time. I started Feeling sharp pains on my Right side of my pelvic area where my appendix is located at... I Brought this to the staff-members here at Pre-trial Detention Center. and was told that I had to wait until the nurse arrived to pass out medication. When the Nurse finally arrived I explained to the Nurse that I was having sharp pains on my appendix area and all they gave me was a sick-call Request Form and was Left to wait until they Call me down to sick-call which no one ever Called me down to medical. On March 2, 2022 I was still atempting to go to medical Because I could not take the pain any longer. I ended getting an extreme High Fever, cold sweats, throwing up, couldn't eat and the pain kept getting worse so once the nurse arrived I complaint again, and again and again. I was left without the proper medical attention. On March 3, 2022 The pain was so sharp and extreme that I advised

2-out of -4

staff member that I needed to be rush to medical emergency and when Corp. McBean saw my condition. She had me brought down to medical right away. while down on the 1st floor at medical waiting to be seened by a medical Doctor or care provider a young lady with glasses came into the medical office and asked me whats your problem! when I addressed my issue and my concerns about the symphtoms I've been feeling and telling her the location where I was having extreme sharp pains located on my appendix area this Doctor Lady had me get on a table had me turn around and ramed her finger in my colin area. than she advised me I don't know whats wrong with you so I'm sending out to the Hospital Correctional officer Escorted me to Jackson mamorial Hospital Emergency Room than it was Determian that my appendix had already been eruptour- and I was suffering appendisidis. which it's Life Threating. that's when I was moved to the 3rd floor truma center while on the 3rd floor Certain Nurses would Abuse and mistreat me and treat me as a Ininate/criminal Rather than treat me as the patient that I was. o

After the operation Dr Farris Re-moned a total of 7 staples and left me with DAMN Nearly my whole wound was completely open causing me extreme painful Sharp pains... throughout the day this same Doctor Ferris was Sexually assualting me seducing me physically always Reaching where my penis was touching a pircing I have this Doctor would come and tell me hey baby

I want to get you some chocolate but they wont let me give it to you. this Doctor also in front of officer that was ones watch for me Correctional officer ZEBE also heard when Dr. Ferris told me: you should tattoo my name on you. that's when He started stating Henry Baby... I than was moved to the 4th floor. and Recieved Nothing But abuse physically, Mentally & Emotionally..... the unprofessional Medical Malpractice and the mental abuse the mental Health Staffmember, was brought towards me due to my Depression level Rising to the highest point where all I wanted was to be dead. I never felt this feeling of abuse in my entire life...

It has been 4 months and I dont feel how I used to feel. I was than discharged to Metro west Detention Center. with my Operation wound opened with only 4 steery strips in a so-called attempt to close the wound..... but the moment I was placed inside the Correctional pHtty Bus, a sardine Box basically they poped right off causing a huge amounts of pain as if I was being cut open all over again! while at Metro west Doctor Delgado from (CHS/Jackson mamoriel Hospital. ignored alot his othe to save Lives. It took Correctional Officer Ms. Anderson & Ms. MESO to tell them; Hey His wound is INFECTED and EVEN TELL Them that they was going to Report them if they didn't attend to my Issues & concerns when I needed the proper Treatment.

It's to overwhelming for me to continue I haven't felt the same since this issue has occured to me. I'm completely TraumaTized by this whole Incident. I've never felt so VIOLATED, NEVER in my life have I been VIOLATED.

Sincerely  JOSE-ALEXIS. Torres #210146529
1321. N.W. 13 St
Miami, Fl 33125

6th Floor to pass out medication I advise the Nurse of my situation and showed her the area in which I was feeling these sharp pains all she did was give me a sick call Request and I was left to deal with the pain. In this process I STARTED SEE ATTACHMENT SHEET.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I've sustained a few injuries due to the Medical malpractice and unproffessionals treatment I ended up having a life threating operation. in which I am still having pain and I haven't felt the same ever since

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$5,000,000, THE ONLY REASON I AM Requesting FIVE Million Dollars is for all the pain and suffering Emotional Destressed, Also Being sexually assulted in Such a manner that has me feeling Completely VIOLATED AND Depressed to have had to suffer such a Trayect situation

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Pre-TRIAL DETENTION CENTER
METRO WEST DETENTION CENTER

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Claims where THE DOCTOR clearly RAMED HER Finger in my Colin For No REASON AND MS. SirLeaf actions wasnT Called For

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

        If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

        ☑ Yes

        ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   PRE-TRIAL DETENTION CENTER
   METRO WEST DETENTION CENTER

2. What did you claim in your grievance?

   Sexual assualt, and Medical Malpractices and the Simple FACT That she didn't have to do that. and also all the pain and Suffering cause by THIS individuals ACTIONS.

3. What was the result, if any?

   NONE I NEVER RECIEVED ANY of MY grievances BACK AND I'M Still waiting on THEIR RESPONSE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I've Completed all steps on the grievance process. AND I'M still waiting for their Responces so THEREFORE Now I'M Filing this Complaint form

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I Filed my grievances And No one has still yet to Answer Any of my grievances so therefore Now I bring my Complaint to THE Higher ups

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

To Staff-Members Nothing was Done. Mental Health Lady And To My Family over Recorded Phone calls.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I Exhaustion of my administrative remedies by filing numerous grievances and Complaints Formal and verbal.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____
    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

 ☐ Yes
 ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____
    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____
    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

     ☐ Yes
     ☐ No

11

       If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8 - 11 - , 2022.

Signature of Plaintiff    *Jose Alexis Torres*
Printed Name of Plaintiff    JOSE . ALEXIS . TORRES
Prison Identification #   210146529
Prison Address   Pre Trial Detention Center   4-A-2
       MIAMI        FLORIDA      33125
       City                State              Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____

12

Address   _____  
Telephone Number   _____  
E-mail Address   _____

**HARVEY RUVIN**
CLERK
CIRCUIT AND COUNTY COURTS
OFFICE OF HUMAN RESOURCES
and ADMINISTRATIVE SERVICES
COURTHOUSE EAST
22 N.W. FIRST STREET, SUITE 314
MIAMI, FL 33128
CLK/CT 753  Rev 5/00   Printed on Recycled Paper



US POSTAGE
ZIP 33331
02 4W
0000379559

US District Court
400 N. Miami Ave.
Miami, FL 33128